PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 07/2021)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE _____ DISTRICT OF TEXAS
## _____ DIVISION

*Shane Yeagin Baling 376874 spin 2089661974*

Plaintiff's Name and ID Number

*Galveston County Jail*

Place of Confinement

F United States Courts
Southern District of Texas
F I L E D

FEB 0 4 2022

Nathan Ochsner, Clerk of Court

CASE NO._____

(Clerk will assign the number)

v.

*Vital Core Health Strategies 5700 Ave H Galveston TX 77551*

Defendant's Name and Address

*Galveston County Sheriff Henry Trochesset 5700 Ave H TX 77551*

Defendant's Name and Address

*Galveston County Jail 5700 Ave H Galveston TX 77551*

Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1.   To start an action you must file an original and one copy of your complaint with the court.  You should keep a copy of the complaint for your own records.

2.   Your complaint must be legibly handwritten, in ink, or typewritten.  You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct.  If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.**  ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3.   You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure.  Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4.   When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred.  If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID),  the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $52.00 for a total fee of **$402.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid **by the prisoner**. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $52.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I.   PREVIOUS LAWSUITS:

   A.   Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___✓YES___  NO

   B.   If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

   1.   Approximate date of filing lawsuit: *1-15-2022*

   2.   Parties to previous lawsuit:
        Plaintiff(s) *Steve Hagen*
        Defendant(s) *Galveston County Jail*

   3.   Court: (If federal, name the district; if state, name the county.) *Southern district*

   4.   Cause number: *3-11-cv-00012*

   5.   Name of judge to whom case was assigned: *Judge Jeffrey Brown*

   6.   Disposition: (Was the case dismissed, appealed, still pending?) *Still pending*

   7.   Approximate date of disposition: *1-15-2022*

II.    PLACE OF PRESENT CONFINEMENT: _Galveston County Jail_

III.   EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?     ✓ YES ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV.    PARTIES TO THIS SUIT:

A. Name and address of plaintiff: _Shane Creagin 848 CR 3810_
_Hawkins TX 75765   Home or Galveston County Jail_
_5700 Ave H  H-300 Booking 376874 Spn 2089661974_
_TX 77551_

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: _Galveston County Jail  5700 Ave H_
_Galveston TX 77551_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
_Denied life Saving medical Care, Denied life Saving Medical medication's_
_Denied Handicap Jallet Not Followed TDCJ of federal Procedures for Covid Cover up_
_Cases_

Defendant #2: _Sheriff Henry Trochesset  5700 Ave H_
_Galveston TX 77551_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
_Denied life Saving Medical care/medications, Denied Handicap Jailers Covered up Covid_
_Cases Denied treatment Didnt Follow TDCJ Rules on hed Heart attack_

Defendant #3: _Vital Core  5700 Ave H Galveston TX 77551_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
_Denied life Saving medical treatments/medications Denied medical Care_
_lied about medical Care_

Defendant #4: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

3

V.    STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

In Transport I was Having Chest pains then place another hour To Galveston County Jail Where I was denied life Saving Treatment Care and denied Medications. Denied Handicap Toilet while Home Ive been here. Didnt Follow Fedral or TDCJ Procedures with covid putting while Room at risk. Denied covid Testing Covered up Covid Cases. Denying medical care lead To me needing Heart Surgery. Nurses over Ande Doctor Delesending my Wife)

VI.    RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want punitive damages for Damage done to my heart excess 70,000.00        1 million dollars ~ 10 millio

VII.    GENERAL BACKGROUND INFORMATION:

A.    State, in complete form, all names you have ever used or been known by including any and all aliases.

Shane Wrayin

B.    List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

Galveston County Booking 376874 - Spn 208966 1974

VIII.    SANCTIONS:

A.    Have you been sanctioned by any court as a result of any lawsuit you have filed? ____YES ✓NO

B.    If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1.    Court that imposed sanctions (if federal, give the district and division):_____

2.    Case number:_____

3.    Approximate date sanctions were imposed:_____

4.    Have the sanctions been lifted or otherwise satisfied?        ____YES ____NO

4

C. Has any court ever warned or notified you that sanctions could be imposed?   _____YES  ✓ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

    1. Court that issued warning (if federal, give the district and division): _____

    2. Case number: _____

    3. Approximate date warning was issued: _____

Executed on: _____
        DATE

                                        (Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this _24_ day of _January_, 20 _22_
           (Day)              (month)         (year)

                                    (Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

## REPLY TO INMATE COMPLAINT

Case # _C-122221-064_

---

Inmate: Yeagin, Shane _____     Booking # 376874 _____     Housing Assignment H300 _____

Date Received: 1/05/2022 _____     Date Replied: 1/10/2022 _____

Type of Grievance: _____

---

GRIEVANCES ARE FOR VIOLATIONS OF YOUR CIVIL RIGHTS; ANYTIME YOU ARE SUBJECTED TO A PROHIBITED ACT BY A STAFF MEMBER OR DENIED PRIVILEGES (WITHOUT JUST CAUSE) SPECIFIED IN YOUR INMATE HANDBOOK. YOUR COMPLAINT DOES NOT FALL WITHIN THESE GUIDELINES AND WILL BE ANSWERED BY PROPER PERSONNEL.

In response to your grievance: You are not scheduled for breathing treatments. They are "as needed" it was recently documented that you were transported to medical for a breathing treatment but later stated you had a headache and didn't actually need a breathing treatment. -Sergeant C.Lopez

C-VCO 010222 -141



Galveston County Jail

Grievance Response

Inmate: Yeagin, Shane

Booking: 376874

Housing assignment: H3

Date grievance received by medical staff: 01/10/2022

Date of response: 01/19/2022

Grievances are for violations of your civil rights: anytime you are subjected to a prohibited act by a staff member or denied privileges (without just cause) specified in your inmate handbook, your complaint falls within these guidelines and will be answered by proper personnel.

I have received your concern and I take all concerns very seriously. The medical staff is given proper instructions on the assessment when to provide a breathing treatment. The treatment is ordered as needed and if your lung sounds do not indicate the need for the medication treatment, we cannot administer the medication. Many times, the symptoms of shortness of breath can be from other issues that your lungs. We can refer you to Mental Health to evaluate to see if there are other issues that are causing your shortness of breath.

If you have any further medical complaints, please notify medical via request form or non-emergency and via deputy for emergency.

Sincerely,

RosaLinda Gillett BSN, RN
Health Services Administrator

My name is Shone yeagin and im
Trying To file a Texas Civil
Suit. I hope I did it right,
I have Lung Cancer and Im
dieing.. is it posible to send
a 2nd copy of this to
My mom's House? incase

I pass away. my mom & Kids
can proceed without me. I
want To make Sure it's filed
and send me a copy in
Galveston County Jail and
1 To my mom's address pam Fry
Thank you in advance    848 CR 3810
for all your hell,          Hawkins TX
                                    75765
                             Shane Yeagin