Case 3:22-cv-00049   Document 8   Filed on 03/15/22 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
March 15, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

No. 3:22-cv-0049

SHANE YEAGIN, # 376874, PLAINTIFF,

v.

VITAL CORE HEALTH STRATEGIES, *ET AL*., DEFENDANTS.

## ORDER OF DISMISSAL

JEFFREY VINCENT BROWN, *UNITED STATES DISTRICT JUDGE*:

The plaintiff, Shane Yeagin, filed this civil-rights suit when detained at the Galveston County Jail. On February 24, 2022, the court granted Yeagin's motion for leave to proceed *in forma pauperis*. On March 8, 2022, Yeagin's copy of the order was returned to the court as undeliverable because Yeagin is no longer in the jail. *See* Inmate Inquiry, Galveston County Jail, available at http://p2c.co.galveston.tx.us/jailinmates.aspx (last visited March 14, 2022). Yeagin has not provided the court with an updated address.

Under the inherent powers necessarily vested in a district court to manage its own affairs, the court determines that dismissal for want of prosecution is appropriate. *See* FED. R. CIV. P. 41(b); *Gates v. Strain*, 885 F.3d 874 (5th Cir. 2018); *Nottingham v. Warden, Bill Clements Unit*, 837 F.3d 438, 440–41 (5th Cir. 2016)

(a district court may dismiss an action *sua sponte* for failure to prosecute an action or to comply with court orders). However, relief from this order may be granted if the plaintiff makes a proper showing under Rule 60(b) of the Federal Rules of Civil Procedure. At a minimum, a proper showing under Rule 60(b) includes submission of an updated address and compliance with all prior instructions from the court.

The court orders that this case is dismissed without prejudice. All pending motions, if any, are denied as moot.

The Clerk will provide a copy of this order to the parties.

Signed on Galveston Island this  15th  day of   March           , 2022.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE